### HOWARD et al. v. CITY OF HARLAN.

Court of Appeals of Kentucky.
March 27, 1953.

Edward G. Hill, Harlan, for appellants.

C. A. Cornelius, Harlan, for appellee.

CULLEN, Commissioner.

The action involves the validity of a $100,000 bond issue voted by the citizens of the city of Harlan, for recreational facilities. The lower court adjudged that the statutes were fully complied with in calling the election; the election was validly held; the bonds will not exceed the constitutional debt limit of the city; the tax for retirement of the bonds is not limited to the rate specified in Section 157 of the Kentucky Constitution; and the ordinance for issuance of the bonds was validly adopted.

An examination of the record discloses that the judgment is correct in all respects.

Judgment affirmed.